UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA ANN WHEELER ARCE,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>    Defendant. | Case No. EDCV 12-1092-JVS (JPR)<br><br>ORDER TO SHOW CAUSE |

In its July 19, 2012 Case Management Order, the Court ordered Plaintiff to "promptly serve the summons and complaint on the Commissioner in the manner required by Rule 4(i) of the Federal Rules of Civil Procedure and 20 C.F.R. § 423.1." The Court also ordered Plaintiff to file proof of service with the Court. The Court warned Plaintiff that "[f]ailure to effectuate proper service within 120 days after the filing of the complaint may result in dismissal of this case." The Complaint was filed on July 18, 2012. To date, 121 days after the Complaint was filed, Plaintiff has not filed any proof of service with the Court.

Accordingly, on or before **November 30, 2012**, Plaintiff must show good cause in writing, if any exists, why she did not timely

1

1  serve the Commissioner with the summons and Complaint and file
2  proof of such service, and why the Court should not therefore
3  recommend that this action be dismissed for failure to prosecute
4  and failure to comply with the Court's July 19 Order.  Plaintiff
5  is warned that if she fails to comply with this Order, the Court
6  will recommend that this action be dismissed for lack of
7  prosecution.

9  DATED: November 16, 2012        _____
10                                 JEAN ROSENBLUTH
                                   U.S. MAGISTRATE JUDGE